JUDGE CROTTY

09 CV 9350

NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff*
*Nippon Express Co., Ltd.*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(212) 220-3830
Attorney: Samuel C. Coluzzi (SC-8975)
NH&S File No.: 15000035 FMM/SCC



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
NIPPON EXPRESS CO., LTD.

          Plaintiff,

    -against-

ALL NIPPON AIRWAYS CO., LTD.,
CARGO CONNECTION LOGISTICS
CORP. and C.M. LOGISTICS, INC.

          Defendants.
-----------------------------------------------X

Case No.:   09 Civ.   (   )

**COMPLAINT**

    Plaintiff, Nippon Express Co., Ltd. ("NE"), by its attorneys, Nicoletti Hornig & Sweeney, alleges upon information and belief, as follows:

### PARTIES

    1.    NE is a corporation duly organized corporation existing under and by virtue of the laws of Japan with a place of business located at 9-3, 1-Chome, Higashi-Shimbashi, Minato-Ku, Tokyo, Japan.

    2.    Defendant All Nippon Airways Co., Ltd. ("ANA"), is a corporation existing under and by virtue of the laws of Japan with a place of business located at 1251 Avenue of the Americas, #820, New York, New York 10020.

3. Defendant Cargo Connection Logistics Corp. ("CC") is a corporation existing under and by virtue of one of the states of the United States with an office and place of business located at 600 Bayview Avenue, Inwood, New York 11096.

4. Defendant C.M. Logistics, Inc. ("CM") is a corporation existing under and by virtue of the laws of one of the states of the United States with a place of business located at P.O. Box 248387, Columbus, Ohio 43224.

5. At all times relevant hereto defendant ANA was engaged in the transportation of cargo for hire as an air carrier, trucker, broker, freight forwarder, or otherwise.

6. At all times relevant hereto defendant CM was engaged in the transportation of cargo for hire as an air carrier, trucker, broker, freight forwarder, or otherwise.

7. At all times relevant hereto defendant CC was engaged in the transportation of cargo for hire as an air carrier, trucker, broker, freight forwarder, or otherwise.

## JURISDICTION

8. Jurisdiction and venue over the parties and subject matter is appropriate under 28 U.S.C. §1331 as this matter is governed by the Convention for the Unification of Certain Rules Relating to International Transportation by Air, 49 Stat. 3000, T.S. No. 876 (1934) (reprinted in note following 49 U.S.C. §40105) (commonly known, and referred to herein, as the "Warsaw Convention") or the Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999 (2003), Treaty Doc. No. 106-45, at 27, 2242 U.N.T.S. 350, reprinted in 1999 WL 33292734 (2000) (commonly known, and referred to herein, as the "Montreal Convention"). These conventions will be referred to herein collectively as Warsaw/Montreal.

9. The Court has federal question subject matter jurisdiction pursuant to 49 U.S.C. §14706 (the "Carmack Amendment" to the Interstate Commerce Act) as to the defendants.

## THE LOSS

10. On or about the dates and at the port of shipment stated in Schedules "A", "B", and "C" attached hereto and by this reference made a part hereof, there was delivered to the defendants in good order and condition, the shipments described in Schedules "A", "B", and "C", which defendants received, accepted and agreed to transport for certain consideration to the destinations stated in Schedules "A", "B", and "C."

11. Thereafter, defendants delivered the shipments, however, described in Schedules "A", "B", and "C" short, missing and/or damaged.

12. By reason of the premises, the defendants breached, failed and violated their duties and obligations as air carrier, common carrier, trucker, bailee, warehousemen, broker and were otherwise at fault.

13. Plaintiff was the consignee, owner, owner in fact, or contractually and/or legally liable and/or responsible for the shipments described in Schedules "A", "B", and "C", and brings this action on its own behalf and as agent for the interest of all parties who may be or become interested in the said shipments, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.

14. Plaintiff has duly performed all duties and obligations on its part to be performed.

15. By reason of the premises, plaintiff has sustained damages as nearly as same can now be estimated, no part of which has been paid, in the total amount of $593,952.94 for the

damages sustained to the cargo described in Schedules "A", "B", and "C" as a result of the fault of defendants as described herein in the amount of $593,952.94.

## FIRST CAUSE OF ACTION

16. At all material times, defendants were charged with the exclusive care, custody and control over the cargo.

17. Defendants, as bailee of the goods and/or as carrier, owed a duty to safely and securely transport the cargo as agreed and to turn over the cargo to its proper recipient in the same good order and condition as originally received, at the conclusion of transit.

18. Defendants did not deliver the goods in the same good order and condition as required and breached its duty as bailee and/or as carrier.

19. By reason of the foregoing, plaintiff was damaged in an amount in excess of $593,952.94 together with interest and the costs of this action.

## SECOND CAUSE OF ACTION

20. Plaintiff repeats and realleges each and every allegation contained in paragraphs "1" through "19" as though more fully set forth herein at length.

21. The loss and damage to the cargo which occurred while in defendants care, custody and control is a breach of defendants duties and obligations under the Warsaw/Montreal Conventions in that defendants are air carriers who accepted the cargo in good order and condition but failed to deliver the same in good order and condition at destination.

22. By reason of the foregoing, plaintiff was damaged in an amount in excess of $593,952.94 together with interest and the costs of this action.

## THIRD CAUSE OF ACTION

23. Plaintiff repeats and realleges each and every allegation contained in paragraphs "1" through "22" as though more fully set forth herein at length.

24. The loss and damage to the cargo which occurred while in defendants care, custody and control was the result of defendants gross negligence.

25. By reason of the foregoing, plaintiff was damaged in an amount in excess of $593,952.94 together with interest and the costs of this action.

## AS AND FOR A FOURTH CAUSE OF ACTION AS AND AGAINST DEFENDANTS

26. Plaintiff repeats and realleges each and every allegation contained in paragraphs "1" through "25" as though more fully set forth herein at length.

27. . Defendants received the cargo in good order and condition, which defendants received, accepted and agreed to transport for certain consideration to Miami.

28. On or about November 12, 2007, a motor vehicle accident occurred, wherein the container and its contents containing the shipment was caused to be damaged.

29. Defendants failed to make delivery of said shipments in like good order and condition as when shipped, delivered to and received by them, but on the contrary, lost or permitted the shipment to be damaged and impaired in value, all in violation of defendants obligations and duties as common carriers of merchandise by land for hire.

30. By reason of the premises, the defendants breached their obligations to transport the goods, and any obligations otherwise provided by the Carmack Amendment or otherwise.

31. The Plaintiff brings this action on its own behalf and as agent and/or trustee on behalf of and for the interest of all parties who may be or become interested in the shipment, as

their respective interests may ultimately appear, and the Plaintiff is entitled to maintain this action.

32. Plaintiff has performed all conditions on their part to be performed.

33. By reason of the premises, the plaintiff has suffered damages in the amount of $593,952.94, as near as it can now be estimated.

WHEREFORE, plaintiff demands judgment on the First, Second, Third, and Fourth Causes of Action against defendants All Nippon Airways Co., Ltd., Cargo Connection Logistics Corp. and C.M. Logistics, Inc. for $593,952.94 with interest and cost of this suit.

Dated: New York, New York
       November 10, 2009

>                     Yours, etc.,
>
>                     NICOLETTI HORNIG & SWEENEY
>                     *Attorneys for Plaintiff*
>                     *Nippon Express Co., Ltd.*
>
>                     By: /s/ Samuel C. Coluzzi
>                     Samuel C. Coluzzi (SC-8975)
>                     Wall Street Plaza, 88 Pine Street, 7th Floor
>                     New York, New York 10005
>                     (212) 220-3830
>                     NH&S File No.: 15000035 FMM/SCC

X:\Public Word Files\15\35\Legal\COMPLAINT.11.10.09.mm.doc

## **SCHEDULE A**

| | |
|---|---|
| HAWB: | NEC 2066 4044 |
| MAWB: | ANA 205-9353-0850 |
| To: | Miami via Dulles Airport, Washington, D.C. |
| From: | Tokyo, Japan |
| Damage/Nature of Claim: | Physical Damage/Shortage/Non-Delivery |
| Date of Loss: | November 12, 2007 |
| Cargo: | Electronics/Goods |
| Amount: | $275,412.87 |
| NH&S File No.: | 15000035 FMM/SCC |

See Annexed Ex. "1"

# EXHIBIT "1"

NEC 2066 4044

**Air Waybill** — Not negotiable

**Shipper's Name and Address:**
CANON, INC.
9-3, 1-CHOME, HIGASHI-SHIMBASHI
MINATO-KU, TOKYO, JAPAN.

**Shipper's Account Number:** 1000-C0001

**Consignee's Name and Address:**
CANON LATIN AMERICA, INC.
703 WATERFORD WAY SUITE 400,
MIAMI, FL 33126

**Issuing Carrier's Name and City:**
CANON KA      (135-OTA)
NIPPON EXPRESS CO., LTD.
M-205-9353 0850/SB/NSL3/BBP MIA

**Airport of Departure and Requested Routing:** NRT-IAD-MIA

**Currency:** JPY

**Airport of Destination:** MIAMI
**Requested Flight/Date:** NH0002/11NH81037/11

**Handling Information:**
NOTIFY: 1) EXPEDITORS INTL. OF WASHINGTON, INC., 10205 N.W. 19TH STREET
SUITES 107-114 MIAMI, FL 33172   ATTN. IMPORT MGR. TEL. 305-592-9410
2) CANON LATIN AMERICA, INC., 703 WATERFORD WAY SUITE 400
MIAMI, FL 33126   ATTN IMPORT & EXPORT DPT   PHONE (305)260-7435

| No. of Pieces RCP | Gross Weight | Commodity Item No. | Chargeable Weight | Rate/Charge | Total | Nature and Quantity of Goods |
|---|---|---|---|---|---|---|
| 58 | 2252 K | Q | 2252.5 | 1,080 | 2,432,700 | BATTERY PACK FOR CAMERA  ORIGIN: JAPAN-CHINA  246 SLAC.  INVOICE NO: TCL-07/00450 |

D=856   7.330000M3

**Prepaid Weight Charge:** 2,432,700
**Total other Charges Due Agent:** 1,734,425
**Total Prepaid:** 698,275

PLACE OF RECEIPT: NR1

Shipper certifies that the particulars on the face hereof are correct and agrees THE CONDITIONS ON THE REVERSE HEREOF.

Executed on: 11.NOV.2007   at TOKYO, JAPAN

NEC 2066 4044

ORIGINAL 3 - (FOR SHIPPER)   PRINTED IN JAPAN

## SCHEDULE B

| | |
|---|---|
| HAWB: | NEC 2069 0331 |
| MAWB: | ANA 205-9533-2272 |
| To: | Miami, Florida via Dulles Airport, Washington, D.C. |
| From: | Tokyo, Japan |
| Damage/Nature of Claim: | Physical Damage/Shortage/Non-Delivery |
| Date of Loss: | November 12, 2007 |
| Cargo: | Electronics/Goods |
| Amount: | $84,013.17 |
| NH&S File No.: | 15000035 FMM/SCC |

See Annexed Ex. "2"

# EXHIBIT "2"

| NEC | 2069 0331 | (CAN) | NEC 2069 0331 |
|---|---|---|---|

| Shipper's Name and Address | Shipper's Account Number | Not negotiable | |
|---|---|---|---|
| CANON INC.<br><br>TOKYO, JAPAN. | C001-C0001 | **Air Waybill**<br>Issued by | NIPPON EXPRESS<br>9-3,1-CHOME,HIGASHI-SHIMBASHI<br>MINATO-KU,TOKYO,JAPAN. |

| Consignee's Name and Address | Consignee's Account Number | |
|---|---|---|
| CANON LATIN AMERICA INC.<br><br>703 WATERFORD WAY SUITE 400,<br>MIAMI         FL 33126<br>U.S.A. | MIA2 | Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.<br>It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |

| Issuing Carrier's Name and City | Accounting Information |
|---|---|
| CANON KA   (135-035)<br>NIPPON EXPRESS CO.,LTD. | FREIGHT : PREPAID |

| M:205-9353 2272/SB:NSL3/BBP:MIA | D= 5.1  (       8.038000M3) |
|---|---|

Airport of Departure (Addr. of First Carrier) and Requested Routing
NRT-IAD-MIA

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | JPY | | XX | XX | N.V.D | |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | If shipper requests insurance in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance". |
|---|---|---|---|
| MIAMI | NH0002/11NH8103/11 | | |

Handling Information
NOTIFY:1)EXPEDITORS INTL. OF WASHINGTON INC.   10205 N.W. 19TH STREET
         SUITES 107-114 MIAMI,FL 33172 ATTN.IMPORT MGR. TEL.305-592-9410
      2)CANON LATIN AMERICA, INC.,  703 WATERFORD WAY SUITE 400
         MIAMI, FL 33126, ATTN:IMPORT & EXPORT DPT. PHONE:(305)260-7435

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 100 | 1458.0 | K | Q | 1458.0 | 1,080 | 1,574,640 | CANON LENS EF AND ETC.<br><br><br>100 SLAC.<br><br>INVOICE NO:<br>CL-07/00453<br>ORIGIN : JAPAN<br><br>PLACE OF RECEIPT: NRT |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 1,574,640 | | |
| | Valuation Charge | | |
| | | | |
| | Tax | | |
| | | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and agrees THE CONDITIONS ON THE REVERSE HEREOF. |
| | -1,122,660 | | |
| | Total other Charges Due Carrier | | |
| | | | |
| | | | Signature of Shipper or his Agent |
| Total Prepaid | | Total Collect | Carrier certifies that the goods described hereon are accepted for carriage subject to THE CONDITION OF CONTRACT ON THE REVERSE HEREOF, the goods then being in apparent good order and condition except as noted hereon. |
| 451,980 | | | |
| Currency Conversion Rates | | CC Charges in Dest. Currency | 11.NOV.2007    TOKYO, JAPAN. |
| | | | Executed on (date)   at (place)   Signature of Issuing Carrier |
| For Carrier's Use only at Destination | | Charges at Destination  Total Collect Charges | NEC   2069   0331 |

ORIGINAL 3- (FOR SHIPPER)         1MNKY  00         PRINTED IN JAPAN

JAFA JAPAN AIRCARGO FORWARDERS ASSOCIATION
TOPPAN FORMS CO.,LTD 07/06

## **SCHEDULE C**

| | |
|---|---|
| HAWB: | NEC 2066 4011 / NEC 2066 4033 |
| MAWB: | ANA 205-935-0774 |
| To: | Miami, Florida via Dulles Airport, Washington, D.C. |
| From: | Tokyo, Japan |
| Damage/Nature of Claim: | Physical Damage/Shortage/Non-Delivery |
| Date of Loss: | November 12, 2007 |
| Cargo: | Electronics/Goods |
| Amount: | $234,526.90 |
| NH&S File No.: | 15000035 FMM/SCC |

See Annexed Ex. "3"

# EXHIBIT "3"

| 205 | 93550774 | | 205 | 93550774 |

| Shipper's Name and Address | Shipper's Account Number | Not negotiable<br>**Air Waybill**<br>Issued by | ALL NIPPON AIRWAYS CO., LTD.<br>3-5-10, HANEDA AIRPORT<br>OTA-KU, TOKYO 144-0041, JAPAN |
|---|---|---|---|
| NIPPON EXPRESS CO., LTD.<br>FUKUOKA AIR SERVICE BRANCH<br>535, KAMIUSUI, HAKATA-KU, FUKUOKA-SHI<br>FUKUOKA, 812-0005, JAPAN | | | |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| NIPPON EXPRESS U.S.A., INC.<br>MIAMI BRANCH<br>2900 NW 112TH AVENUE<br>SUITE 2 DORAL, FL 33172<br>U.S.A. | |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| NIPPON EXPRESS CO., LTD.<br>FUKUOKA OFFICE, FUKUOKA JAPAN | Claims for overcharges must be made in writing within one hundred and eighty (180) days from the date of issue of the air waybill. |

| Agent's IATA Code | Account No. |
|---|---|
| 16-3 1081/0072 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| FUK/IAD/MIA | | |

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IAD | NH | MIA | NH | | | | JPY | | X | X | N.V.D. | |

| Airport of Destination | Requested Flight/Date | Amount of Insurance |
|---|---|---|
| MIAMI, FL | NH0002/11 NH8103/1 | INSURANCE – If carrier offers insurance and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked Amount of Insurance. |

Handling Information

***THIS IS SHIPPER'S LOADED AND COUNTED CONSIGNMENT
ULD NO. AKE52062NH (60PCS), AKE52033NH (59PCS)*INTACT RELEASE*
FIRMS-M764

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 2(119) | 1323.0 | K | Q | 1323.0 | 1,160 | 1,534,680 | CONSOLIDATED CARGO<br>AS PER ATTACHED<br>CARGO MANIFEST<br>NEC NRT MIA8665 1/01<br>1107 1323.0<br>NOT RESTRICTED<br>AS PER SPECIAL<br>PROVISION A45<br><br>177(SLAC) |
| 2(119) | 1323.0 | | | | | 1,534,680 | (5,928M3) |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 1,534,680 | | | MYC:¥92610  CG:¥300 |

| Valuation Charge | |
| Tax | |
| Total other Charges Due Agent | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total other Charges Due Carrier |
|---|
| 92,910 |

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 1,627,590 | |

| Currency Conversion Rates | CC Charges in Dest. Currency |
|---|---|

9 NOV 2007    FUKUOKA    JAPAN

Executed on (date)    at (place)    Signature of Issuing Carrier or its Agent

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |

205    93550774

Original 3 (For Shipper)

PRINTED IN JAPAN

NEC    2066  4011    (CAN)         NEC 2066 4011

| Shipper's Name and Address | Shipper's Account Number | Not negotiable |
|---|---|---|
| CANON INC.<br><br>TOKYO, JAPAN. | C001-C0001 | **Air Waybill**<br>Issued by NIPPON EXPRESS<br>9-3,1-CHOME, HIGASHI-SHIMBASHI<br>MINATO-KU, TOKYO, JAPAN. |
| Consignee's Name and Address | Consignee's Account Number | Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity |
| CANON LATIN AMERICA INC.<br>703 WATERFORD WAY SUITE 400,<br>MIAMI       FL 33126<br>U.S.A | MIA2 | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |
| Issuing Carrier's Name and City | | Accounting Information |
| CANON KA    (135-095)<br>NIPPON EXPRESS CO.,LTD.<br><br>M:205-9355 0774/SB:F1CH/BBP:MIA    D= 1.6 (     .013000M3) | | FREIGHT : PREPAID |

Airport of Departure (Addr. of First Carrier) and Requested Routing: NRT-JAD-MIA

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | Chgs Code | WT VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MIAMI | | | | | | | JPY | | | | N.V.D | |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | If shipper requests insurance in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |
|---|---|---|---|
| MIAMI | NH0062/11NH8103/11 | | |

Handling Information:
1)(NOTIFY:T)EXPEDITORS INTL. OF WASHINGTON INC. 10205 N.W. 19TH STREET
   SUITES 107-114 MIAMI, FL 33172 ATTN. IMPORT MGR. TEL.305-592-9410
2)CANON LATIN AMERICA, INC., 703 WATERFORD WAY SUITE 400
   MIAMI, FL 33126, ATTN:IMPORT & EXPORT DPT.  PHONE:(305)260-7436

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 0.8K | | N | 2.5 | | 9,400 | ZOOM LENS<br><br><br>1 SLAC.<br><br>INVOICE NO:<br>CL-07/00448<br>ORIGIN : JAPAN<br><br>PLACE OF RECEIPT: FUJ |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 9,400 | | |
| | Valuation Charge | | |
| | Tax | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and agrees THE CONDITIONS ON THE REVERSE HEREOF. |
| | Total other Charges Due Carrier | | |
| | | | Signature of Shipper or his Agent |
| Total Prepaid | | Total Collect | Carrier certifies that the goods described hereon are accepted for carriage subject to THE CONDITION OF CONTRACT ON THE REVERSE HEREOF, the goods then being in apparent good order and condition except as noted hereon. |
| 9,400 | | | |
| Currency Conversion Rates | | CC Charges in Dest. Currency | 9.NOV.2007   TOKYO, JAPAN. |
| | | | Executed on (date)    at (place)    Signature of issuing Carrier |
| For Carriers Use only at Destination | | Charges at Destination / Total Collect Charges | NEC    2066  4011 |

JAPAN AIRCARGO FORWARDERS ASSOCIATION — JAFA
TOPPAN FORMS CO.,LTD 08/08

COPY                                     -8ZCME  00 —   PRINTED IN JAPAN.

| | | |
|---|---|---|
| NEC 2066 4033 | | NEC 2066 4033 |

**Shipper's Name and Address**
CANON INC.
9-3, 1-CHOME, HIGASHI-SHIMBASHI
MINATO-KU, TOKYO, JAPAN.

TOKYO, JAPAN.

**Consignee's Name and Address**
CANON LATIN AMERICA INC
703 WATERFORD WAY SUITE 400,
MIAMI, FL 33126

**Issuing Carrier's Name and City**
CANON KA (135-095)
NIPPON EXPRESS CO., LTD
M:205-9355 0774ZSB FTCN/BBP MIA

**Airport of Departure:** NRT-IAD-MIA

**Accounting Information**
FREIGHT PREPAID
D=63 (5.915000M3)

Currency: JPY
Declared Value for Carriage: N.V.D.

**Airport of Destination:** MIAMI
**Requested Flight/Date:** NH002/11 NH8103/11

**Handling Information**
NOTIFY 1) EXPEDITORS INTL. OF WASHINGTON INC. 10205 N.W. 19TH STREET
SUITES 107-114 MIAMI, FL 33172 ATTN IMPORT MGR TEL. 305-592-9410
2) CANON LATIN AMERICA, INC., 703 WATERFORD WAY SUITE 400
MIAMI, FL 33126 ATTN IMPORT & EXPORT DPT PHONE (305)260-7435

| No. of Pieces RCP | Gross Weight | Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods |
|---|---|---|---|---|---|---|
| 118 | 1322.2 K | | 1322.5 | 1,080 | 1,428,300 | BATTERY GRIP FOR CAMERA<br><br>ORIGIN: JAPAN/CHINA<br>17.6 SLAC<br>INVOICE NO:<br>CL-07/00449 |

**Prepaid Weight Charge:** 1,428,300

**Total other Charges Due Agent:** 931,040

DECLA

PLACE OF RECEIPT: FU

**Total Prepaid:** 497,260

Executed on (date): 11.NOV.2007   at (place): TOKYO, JAPAN.

NEC 2066 4033

ORIGINAL 3- (FOR SHIPPER)